# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **MICHELLE RUGGLES,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:20-cv-02652-HLT-KGG |
| ) | |
| **CVR ENERGY, INC., and** ) | |
| **COFFEYVILLE RESOURCES** ) | |
| **REFINING & MARKETING, LLC,** ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Michele Ruggles and Defendant Coffeyville Resources Refining & Marketing, LLC, by and through the undersigned counsel, hereby stipulate and agree to the dismissal of all of Plaintiff's claims against Defendant, with prejudice. Each party is to bear her or its own costs and attorneys' fees.

Dated: April 26, 2022

/s/ Kevin C. Koc (with permission)
Kevin C. Koc, KS #24953
THE MEYERS LAW FIRM, LC
4435 Main Street, Suite 503
Kansas City, MO  64111
Telephone: (816) 444-8500
Facsimile: (816) 444-8508
kkoc@meyerslaw.com

Patrick G. Reavey, KS #17291
REAVEY LAW LLC
Livestock Exchange Building
1600 Genessee, Suite 303
Kansas City, MO  64102
Telephone: 816.474.6300
Facsimile: 816.474.6302
patrick@reaveylaw.com

ATTORNEYS FOR PLAINTIFF

/s/ Sara K. McCallum
Sara K. McCallum, #26690
Direct: 816.627.4434
E-Fax: 816.817.6661
smccallum@littler.com
LITTLER MENDELSON, P.C.
1201 Walnut, Suite 1450
Kansas City, MO  64106

ATTORNEYS FOR DEFENDANT